PEOPLE OF PUERTO RICO, Plaintiff and Appellant, *v.* PEDRO P. PAGÁN, Defendant and Appellee.

No. 4815.   Argued November 16, 1932.—Decided December 16, 1932.

R. A. *Gómez, Fiscal,* for appellant.   A. *Reyes Delgado* for appellee.

MR. JUSTICE WOLF delivered the opinion of the Court.

The fiscal appeals from a judgment of the district court granting a motion for nonsuit and discharging the defendant. The act permitting appeals to this court provides:

"An appeal may be taken by The People:

"1. From an order setting aside the information;

"2. From a judgment for the defendant on a demurrer to. the information;

"3. From an order granting a new trial;

"4. From an order arresting judgment;

"5. From an order made after judgment, affecting the substantial rights of the people;

"6. From an order of the court directing the jury to find for the defendant."   Section 348 of the Code of Criminal Procedure.

The matter of an appeal is a pure concession by the Legislature and must be specifically granted.   We do not think that an order granting a nonsuit and thus setting free the defendant may be revised on appeal. *People* v. *Allen,* 17 P.R.R. 36; *People* v. *Martínez,* 15 P.R.R. 725; *People* v. *Caquías,* 7 P.R.R. 559.   Therefore, it is unnecessary to decide the question as to whether or not the defendant was a second offender.

The appeal must be dismissed.